IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THE CITIZEN INSURANCE COMPANY as subrogee of LINDSEY CORRIE AND SHAWN BRAMLETT, | : <br> : <br> : |
| Plaintiff, | : Case No. 20-CV-03264-JPH-TAB |
| vs. | : <br> : JUDGE: Judge James Patrick Hanlon <br> : MAGISTRATE JUDGE: Tim A. Baker |
| VIGO INDUSTRIES LLC, | : <br> : |
| Defendant. | : <br> : |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COMES, the parties, CITIZEN INSURANCE COMPANY as subrogee of LINDSEY CORRIE AND SHAWN BRAMLETT and VIGO INDUSTRIES, LLC., by and through their undersigned attorneys and jointly petition this Honorable Court for an Order dismissing the above-styled action with prejudice upon the grounds that this matter has been amicably settled between parties, and no further justiciable issues exist.

The Court shall retain jurisdiction only to the extent necessary to enforce the settlement agreement between the parties.

Dated this 7th of January, 2022

| | |
|---|---|
| THE CITIZEN INSURANCE COMPANY as subrogee of LINDSEY CORRIE and SHAWN BRAMLETT | VIGO INDUSTRIES, LLC |
| By: */s/ Jeffrey O. Meunier* | By: */s/ Kimbley A. Kearney* |
| Jeffrey O. Meunier (10298-29) <br> Attorney at Law <br> 320 S. Rangeline Road <br> Carmel, Indiana  46302 <br> jom@mandmlawyers.com <br> 317-575-0320 x 28 <br> Attorneys for Plaintiffs | Kimbley A. Kearney <br> Kimbley A. Kearney (#31825-46) <br> CLAUSEN MILLER P.C. <br> 200 Commerce Square <br> Michigan City, Indiana  46360 <br> kkearney@clausen.comki <br> (312) 855-1010 <br> kkearney@clausen.com |

7839308.1

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on January 7, 2022 a copy of the foregoing was filed and served on the following parties via electronically by using the Court's CM/EFC.

>Jeffrey O. Meunier (10298-29)
>320 S. Rangeline Road
>Carmel, Indiana  46302
>jom@mandmlawyers.com
>317-575-0320 x 28
>Attorneys for Plaintiffs

>CLAUSEN MILLER P.C.


>_____/s/ *Kimbley A. Kearney*_____
>Kimbley A. Kearney

Kimbley A. Kearney
Kimbley A. Kearney (#31825-46)
CLAUSEN MILLER P.C.
200 Commerce Square
Michigan City, Indiana  46360
kkearney@clausen.comki
(312) 855-1010
kkearney@clausen.com

7839308.1