> The Court acknowledges the Joint Stipulation for Dismissal, dkt. 40. The Stipulation of Dismissal at dkt. 38 is moot.
> JPH, 1/14/2022
> Distribution via ECF.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THE CITIZEN INSURANCE COMPANY as subrogee of LINDSEY CORRIE AND SHAWN BRAMLETT, | : : : |
| Plaintiff, | : Case No. 1:20-CV-03264-JPH-TAB |
| vs. | : : JUDGE: Judge James Patrick Hanlon : MAGISTRATE JUDGE: Tim A. Baker |
| VIGO INDUSTRIES LLC, | : : |
| Defendant. | : : |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

NOW COMES, the parties, CITIZEN INSURANCE COMPANY as subrogee of LINDSEY CORRIE AND SHAWN BRAMLETT and VIGO INDUSTRIES, LLC., by and through their undersigned attorneys and jointly petition this Honorable Court for an Order dismissing the above-styled action with prejudice upon the grounds that this matter has been amicably settled between parties, consideration for the settlement has been paid, and no further justiciable issues exist.

Dated this 11th of January, 2022

| | |
|---|---|
| THE CITIZEN INSURANCE COMPANY as subrogee of LINDSEY CORRIE and SHAWN BRAMLETT | VIGO INDUSTRIES, LLC |
| By: */s/ Jeffrey O. Meunier* | By: */s/ Kimbley A. Kearney* |
| Jeffrey O. Meunier (10298-29) Attorney at Law 320 S. Rangeline Road Carmel, Indiana 46302 jom@mandmlawyers.com 317-575-0320 x 28 Attorneys for Plaintiffs | Kimbley A. Kearney Kimbley A. Kearney (#31825-46) CLAUSEN MILLER P.C. 200 Commerce Square Michigan City, Indiana 46360 kkearney@clausen.comki (312) 855-1010 kkearney@clausen.com |

7942795.1

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on January 11, 2022 a copy of the foregoing was filed and served on the following parties via electronically by using the Court's CM/EFC.

        Jeffrey O. Meunier (10298-29)
        320 S. Rangeline Road
        Carmel, Indiana  46302
        jom@mandmlawyers.com
        317-575-0320 x 28
        Attorneys for Plaintiffs

        CLAUSEN MILLER P.C.

        _____/s/ *Kimbley A. Kearney*_____
        Kimbley A. Kearney

Kimbley A. Kearney
Kimbley A. Kearney (#31825-46)
CLAUSEN MILLER P.C.
200 Commerce Square
Michigan City, Indiana  46360
kkearney@clausen.comki
(312) 855-1010
kkearney@clausen.com

7942795.1